No. 896. ARKENBURGH v. BANK OF VASS. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Donald Meyer Newman* for petitioner. No appearance for respondent.

No. 898. CITY NATIONAL BANK v. COMMISSIONER OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. King* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, J. P. Jackson,* and *W. Marvin Smith* for respondent.

No. 899. GRANDIN, ADMINISTRATOR, v. HEINER, COLLECTOR OF INTERNAL REVENUE. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Maynard Teall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, J. Louis Monarch,* and *Erwin N. Griswold* for respondent.

No. 901. VAN CAMP SEA FOOD CO., INC. v. COHN-HOPKINS ET AL. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Albert J. Fihe* for petitioner. *Mr. William S. Graham* for respondents.

No. 904. GWIN v. JUNG ET AL. May 31, 1932. Petition for writ of certiorari to the Supreme Court of Louisi-